NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RHONDA S. KUGLER,**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2010-3124

---

Petition for review of the Merit Systems Protection Board in case no. CH0752090186-I-1.

---

## ON MOTION

---

## ORDER

Rhonda S. Kugler moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

**MAY 2 0 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Rhonda S. Kugler
    Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2010

**JAN HORBALY**
**CLERK**